| AO·10<br>Rev. 1/96 | **FINANCIAL DISCLOSURE REPORT**<br>FOR CALENDAR YEAR 1995 | Report Required by the Ethics<br>Reform Act of 1989. Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C. App. 6, 101-112) |
|---|---|---|

1/1/95 to 6/30/96

| 1. Person Reporting (Last name, first, middle initial)<br><br>MILLER, Jeffrey T. | 2. Court or Organization<br>U.S. District Court<br>Southern District of<br>California | 3. Date of Report<br><br>7/22/96 |
|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status. Magistrate judges indicate<br>full· or part·time)<br><br>U.S. District Court Judge | 5. Report Type (check appropriate type)<br>X Nomination, Date 7 19 96<br>___ Initial ___ Annual ___ Final | 6 Reporting Period<br><br>1/1/95 6/30/96 |
| 7. Chambers or Office Address<br>Hon. Jeffrey T. Miller<br>San Diego Superior Court, Dept 49<br>220 W. Broadway<br>San Diego, CA 92101 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date ____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

**I. POSITIONS.** (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ **NONE** (No reportable positions)

Member, Board of Directors ____ San Diego Inn of Court _____

**II. AGREEMENTS.** (Reporting individual only; see pp. 14-17 of Instructions.)

DATE | PARTIES AND TERMS

☒ **NONE** (No reportable agreements)

**III. NON-INVESTMENT INCOME.** (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ | **NONE** (No reportable non-investment income) | |
| 1   1995 | State of California | $97,464.74 |
| 2   1/1/96 to<br>  6/30/96 | State of California | $53,694.96 |
| 3   1995 | County of San Diego | $ 1,608.00 |
| 4   1/1/96 to<br>  6/30/96 | County of San Diego | $ 804.00 |
| 5   1995 to<br>  6/30/96 | Trans World Airlines | $ (S) |
| 6   1995 | Continuing Education of Bar | 633.50 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MILLER, Jeffrey T. | Date of Report<br>7 /22 /96 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| **NONE** (No such reportable reimbursements or gifts) | |

1 EXEMPT

2

3

4

5

6

7

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| **NONE** (No such reportable gifts) | | |

1 EXEMPT — $_____

2 — $_____

3 — $_____

4 — $_____

**VI. LIABILITIES,** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| **NONE** (No reportable liabilities) | | |

1

2

3

4

5

6

7

* VALUE CODES: J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000
N = $250,001 - $500,000    O = $500,001 - $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MILLER, Jeffrey T. | Date of Report<br>7 /22/96 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1  IRA Home Savings | | | J | T | | | | | | \ |
| 2  Hartford Deferred Comp | | | J | T | | | | | | |
| 3  State Judicial<br>Retirement Fund | | | L | T | | | | | | |
| 4  Nicholas Fund (S) | | | J | T | | | | | | |
| 5  Vanguard Health (S) | | | J | T | | | | | | |
| 6  TWA Common Stock (S) | | | J | T | | | | | | |
| 7  401(K) TWA (S) | | | K | T | | | | | | |
| 8  IRA, Fidelity<br>Investments (S) | | | | | | | | | | |
| 9  Fidelity Magellan | | | K | T | | | | | | |
| 10  Fidelity Cap App | | | J | T | | | | | | |
| 11  Fidelity Low Price Stock | | | K | T | | | | | | |
| 12  Fidelity Equity Income | | | J | T | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MILLER, Jeffrey T. | Date of Report<br>7/22/96 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _July 22, 1996_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

## FINANCIAL STATEMENT - JEFFREY TIMO MILLER

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks   Approx. | $ | 15 | 000 | Notes payable to banks—secured | -- | --- | -- |
| U.S. Government securities—add schedule | -- | --- | -- | Notes payable to banks—unsecured | -- | --- | -- |
| Listed securities—add schedule | -- | --- | -- | Notes payable to relatives | -- | --- | -- |
| Unlisted securities—add schedule | -- | --- | -- | Notes payable to others | -- | --- | -- |
| Accounts and notes receivable: | -- | --- | -- | Accounts and bills due | -- | --- | -- |
| Due from relatives and friends | -- | --- | -- | Unpaid income tax | | | |
| Due from others | -- | --- | -- | Other unpaid tax and interest | -- | --- | -- |
| Doubtful | -- | --- | -- | Real estate mortgages payable—add schedule   SEE SCHEDULE | $ | 235 | 000 |
| Real estate owned—add schedule  PERSONAL RESIDENCE | $3 | 25, | 000 | Chattel mortgages and other liens payable | -- | --- | -- |
| Real estate mortgages receivable | -- | --- | -- | Other debts—itemize: | | | |
| Autos and other personal property | $1 | 00, | 000 | Auto Loan - Ford  Approx. | | $7, | 000 |
| Cash value—life insurance | -- | --- | -- | Auto Loan - MBenz | | $19, | 000 |
| Other assets—itemize: | | | | Current Credit Card Balances | | $12, | 000 |
| Judicial Pension | $70, | | 000 | | | | |
| | | | | Total liabilities | | $275, | 000 |
| | | | | Net Worth                        + | | $235, | 000 |
| Total Assets | $5 | 10, | 000 | Total liabilities and net worth | $ | 510, | 000 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | -- | --- | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | -- | --- | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | -- | --- | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax Withheld | -- | --- | | | | | |
| Other special debt | -- | --- | | | | | |

Digitized by Google

II. **FINANCIAL DATA AND**
**CONFLICT OF INTEREST (PUBLIC)**                    **JEFFREY TIMO MILLER**


ATTACHMENT TO FINANCIAL STATEMENT - JEFFREY TIMO MILLER

SCHEDULE OF MORTGAGES PAYABLE

\    US Capital Mortgage - 1st TD Secured      **Balance:  $182,000**

\    Home Equity Credit Loan
     Oak Credit Union                         **Balance:  $ 55,000**

Digitized by Google

### FINANCIAL STATEMENT   -   JADA CORBETT, WIFE

#### NET WORTH
___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks   Approx. | | $15,000 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule   See Schedule | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid tax and interest | | | |
| Doubtful | | | Real estate mortgages payable—add schedule   See Schedule of J. MILLER | | | |
| Real estate owned—add schedule   Personal Residence already listed. | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | | |
| Autos and other personal property | | $50,000 | See Schedule of J. MILLER | | | |
| Cash value—life insurance | | | | | | |
| Other assets—itemize: | | | | | | |
| Retirement Fund | | $73,000 | | | | |
| 401-K PLAN | | $37,500 | | | | |
| Fidelity IRA | | $48,000 | Total liabilities | | | |
| | | | Net Worth | | $223,500 | |
| Total Assets | | $223,500 | Total liabilities and net worth | $ | 223,500 | |
| **CONTINGENT LIABILITIES** | | | **GENERAL INFORMATION** | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged?  (Add schedule.) | No | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax  Withheld | | | | | | |
| Other special debt | | | | | | |

Digitized by Google

II.  FINANCIAL DATA AND
     CONFLICT OF INTEREST (PUBLIC)                    JEFFREY TIMO MILLER

ATTACHMENT TO FINANCIAL STATEMENT - IIA CURRENT, IIB
SCHEDULE OF LISTED STOCK SECURITIES

114 Shares - TWA - Common Stock     Approximately $2,500

| | |
|---|---|
| Superior Court Salary | $97,464.74 |
| County of San Diego Expense Allowance | $ 1,608.00 |
| Honoraria From Book Authorships from Continuing Education of Bar (SEB) | $    633.50 |
| Distribution from Home Savings IRA Plan | $10,489.11 |
| Distributions from Hartford Deferred Compensation Plan | $ 3,717.18 |
| Community Property Interest in Wife's Income (Approximately) | $ 7,500.00 |

Digitized by Google